LEXINGTON MILK BAR, INC., Respondent, v. 38 EAST 23RD STREET CORP., Appellant.—

Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See *post*, p. 734.]